IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KORIE MCAFEE-TRUJILLO,

Plaintiff,

v. No. 1:26-cv-00728-KG-JFR

UNITED STATES DEPARTMENT OF EDUCATION,
HIGHER EDUCATION LOAN AUTHORITY OF THE
STATE OF MISSOURI d/b/a MOHELA,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

**ORDER OF DISMISSAL**

THIS MATTER came before the Court upon Plaintiff and Defendant Trans Union, LLC's Joint Motion to Dismiss. Finding good cause to grant the same, IT IS HEREBY ORDERED AS FOLLOWS: All claims against Defendant Trans Union, LLC, are dismissed from this matter with prejudice.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

*/s/Nicholas H. Mattison*
Nicholas H. Mattison
Elisa Cibils
Feferman, Warren & Mattison
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)
nmattison@nmconsumerwarriors.com
ecibils@nmconsumerwarriors.com
*Attorneys for Plaintiff*

Approved:

*Approved via email on 09/22/2026*
Paul W. Sheldon
NM Fed. ID No. 20-115
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5453
Fax: (214) 871-2111
*Counsel for Trans Union LLC*