IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KORIE MCAFEE-TRUJILLO,

Plaintiff,

v. No. 1:26-cv-00728-KG-JFR

UNITED STATES DEPARTMENT OF EDUCATION,
HIGHER EDUCATION LOAN AUTHORITY OF THE
STATE OF MISSOURI d/b/a MOHELA,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court upon Plaintiff, Defendant United States Department of Education, and Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA's Joint Motion to Dismiss. Finding good cause to grant the same, IT IS HEREBY ORDERED AS FOLLOWS: All claims against Defendants United States Department of Education and Higher Education Loan Authority of the State of Missouri d/b/a MOHELA, are dismissed from this matter with prejudice with each party to bear their own costs and attorneys' fees.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

*/s/Nicholas H. Mattison*
Nicholas H. Mattison
Elisa Cibils
Feferman, Warren & Mattison
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)
nmattison@nmconsumerwarriors.com
ecibils@nmconsumerwarriors.com
*Attorneys for Plaintiff*

Approved:

*/s/ Scott Jansen*
Scott Jansen
Grieta Gilchrist
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205
Grieta.gilchrist@usdoj.gov
Scott.jansen@usdoj.gov
*Attorney for Defendants United States Department of Education*

*/s/ David M. Mangian*
David M. Mangian
Jeffrey M. Croasdell
6100 Uptown Blvd., NE, Suite 620
Albuquerque, NM 87110
505-651-6000
jcroasdell@hallboothsmith.com
dmangian@thompsoncoburn.com
*Attorney for Defendants Higher Education Loan Authority of the State of Missouri d/b/a MOHELA*