**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KORIE MCAFEE-TRUJILLO,

Plaintiff,

v. No. 1:26-cv-00728-KG-JFR

UNITED STATES DEPARTMENT OF EDUCATION,
HIGHER EDUCATION LOAN AUTHORITY OF THE
STATE OF MISSOURI d/b/a MOHELA,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

**ORDER OF DISMISSAL**

THIS MATTER is before the Court upon Plaintiff and Defendant Equifax Information Services, LLC's Joint Motion to Dismiss, Doc. 86. Finding good cause to grant the same, IT IS HEREBY ORDERED AS FOLLOWS: All claims against Defendant Equifax Information Services, LLC, are dismissed from this matter with prejudice.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

*/s/Elisa Cibils*
Nicholas H. Mattison
Elisa Cibils
Feferman, Warren & Mattison
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)
nmattison@nmconsumerwarriors.com
ecibils@nmconsumerwarriors.com
*Attorneys for Plaintiff*

Approved:

*Approved via*
Ian N. Fuqua
Heather H. Sharp
Seyfarth Shaw LLP
1075 Peachtree Street, N.E, Suite 2500.
Atlanta GA 30309-3958
404-881-5477
ifuqua@seyfarth.com
hsharp@seyfarth.com

Patricia G. Williams
Wiggins, Williams & Wiggins
A Professional Corporation
1803 Rio Grande NW (87104)
P. O. Box 1308
Albuquerque, NM 87103-1308
Phone: (505) 764-8400
Fax: (505) 764-8585
pwilliams@wwwlaw.us
*Counsel for Defendant Equifax Information Services LLC*